UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| GREG SKISTIMAS et al.,<br><br>   Plaintiffs,<br>v.<br><br>HOTWORX FRANCHISING LLC et al.,<br><br>   Defendants. | CASE NO. 3:23-cv-05974-DGE<br><br>ORDER GRANTING MOTION FOR EXTENSION (DKT. NO. 38) |

Before the Court is Plaintiffs' motion for extension of time (Dkt. No. 38) to respond to Defendants' motion to dismiss (Dkt. No. 22). The Court GRANTS Plaintiffs' motion and will consider Plaintiffs' response (Dkt. No. 35).

Dated this 19th day of March 2024.

David G. Estudillo
United States District Judge

ORDER GRANTING MOTION FOR EXTENSION (DKT. NO. 38) - 1