UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| GREG SKISTIMAS et al.,<br><br>                Plaintiffs,<br>   v.<br><br>HOTWORX FRANCHISING LLC et al.,<br><br>                Defendants. | CASE NO. 3:23-cv-05974-DGE<br><br>ORDER ON STIPULATED MOTION FOR BRIEFING SCHEDULE (DKT. NO. 46) |

    Before the Court is the parties' motion under Local Civil Rule 7(k), requesting a briefing schedule for cross-motions "relating to the issue of enforceability of the Dispute Resolution (Arbitration) provisions of the subject franchise agreements." (Dkt. No. 46.)

    The Court GRANTS the parties' motion. It is hereby ORDERED that the cross-motions of the parties SHALL be as follows:

1. Opening briefs/motions SHALL be filed by both parties on or before Friday, April 5, 2024;

2. Responsive briefs/oppositions SHALL be filed by both parties on or before April 29, 2024; and

3. Reply briefs, if any, SHALL be filed by both parties on or before May 3, 2024.

4. The standard page limits for motions to dismiss under the Local Civil Rules SHALL apply.

5. The noting date for both motions SHALL be May 3, 2024. The Clerk is directed to modify the noting date for Defendants' motion to compel compliance with contractual dispute resolution procedures (Dkt. No. 44) to May 3, 2024.

Dated this 2nd day of April 2024.

David G. Estudillo
United States District Judge