UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| GREG SKISTIMAS et al., | CASE NO. 3:23-cv-05974-DGE |
| Plaintiff, | ORDER GRANTING PLAINTIFF'S MOTION (DKT. NO. 77) |
| v. | |
| HOTWORX FRANCHISING LLC et al., | |
| Defendant. | |

Before the Court is Plaintiffs' Motion re Late Filing and Request to Consider (Dkt. No. 77) and Defendants' Response in Opposition (Dkt. No. 82). In the interest of deciding this matter on the merits, Plaintiffs' motion is construed as a request for an extension to file an opposition to Defendants' motion to dismiss. Plaintiff's motion is GRANTED retroactive to August 22, 2024. To avoid prejudice to any party, the filing deadlines previously ordered by the Court (Dkt. No. 68) are extended by one week, as follows:

ORDER GRANTING PLAINTIFF'S MOTION (DKT. NO. 77) - 1

| Filing | Old Deadline | New Deadline |
|---|---|---|
| Defendants' Motion | August 30, 2024 | September 6, 2024 |
| Plaintiffs' Opposition | September 20, 2024 | September 27, 2024 |
| Defendants' Reply | September 27, 2024 | October 4, 2024 |

Plaintiffs' counsel is advised to consult only the most current version of the Local Rules and warned that future late filings may not be accepted.

Dated this 27th day of August 2024.



David G. Estudillo
United States District Judge

ORDER GRANTING PLAINTIFF'S MOTION (DKT. NO. 77) - 2