UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| GREG SKISTIMAS et al.,<br><br>　　　　　　　Plaintiff,<br>　　v.<br><br>HOTWORX FRANCHISING LLC et al.,<br><br>　　　　　　　Defendant. | CASE NO. 3:23-cv-05974-DGE<br><br>MINUTE ORDER |

　　　The following Minute Order is made by direction of the Court, United States District Judge David G. Estudillo:

　　　Plaintiffs filed their response to Defendants' Motion to Compel (Dkt. No. 87) and additionally designated the response as a "cross motion." (Dkt. No. 89.) The Court will accept Plaintiffs' response but will not accept the purported cross motion. The Court previously struck the parties' cross motions as needlessly duplicative and set a consolidated briefing schedule, which it later extended. (*See* Dkt. Nos. 68, 85.) Defendants are directed to file their reply to Plaintiffs' response by October 4, 2024, as previously ordered. (Dkt. No. 85.) After that, the

MINUTE ORDER - 1

Court will not accept any further briefing on enforceability of the arbitration clause.  The Clerk is directed to remove Docket Number 89 from the motions calendar and strike its noting date, and to further strike the phrase "cross motion" from the docket entry.

Dated this 27th day of September 2024.

The foregoing Minute Order authorized by THE HONORABLE DAVID G. ESTUDILLO, UNITED STATES DISTRICT JUDGE.

MINUTE ORDER - 2